# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | Magistrate No. 12-7120 (CLW) |
| Plaintiff, | **ORDER** |
| v. | |
| AGOBARDO PAREDES-PENA, | |
| Defendant. | |

This matter having been opened to the Court upon application of Paul J. Fishman, United States Attorney for the District of New Jersey (Lakshmi Herman, Assistant U.S. Attorney appearing for the government and Anthony Fusco appearing for the defendant), and good cause having been shown,

**IT IS**, on this 30th day of March, 2012,

**ORDERED** that the Government's motion to disqualify defense counsel Anthony J. Fusco, Jr., Esq. and his law firm from representing defendant Agobardo Paredes-Pena is hereby **DENIED.**

The Clerk of the Court is directed to terminate Docket Entry No. 7 and to reinstate Anthony Fusco, Esq. as lead counsel for the defendant. Assistant Federal Public Defenders John Yauch and K. Anthony Thomas shall be terminated as counsel for the defendant.

s/Cathy L. Waldor
**HONORABLE CATHY L. WALDOR,**
**United States Magistrate Judge**
